UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUCIANO ADALBERTO FRANCO FELIX, | Civil Action No. 26-1348 (RK) |
| Petitioners, | ORDER |
| v. | |
| LUIS SOTO, et al., | |
| Respondents. | |

Petitioner Luciano Adalberto Franco Felix, a citizen of the Dominican Republic, has filed a habeas petition pursuant to 28 U.S.C. § 2241 and a motion for a Preliminary Injunction and Temporary Restraining Order ("TRO Motion") challenging his immigration detention and seeking a determination that is not subject to expedited removal because he was paroled and has been physically present in the United States for more than two years. (*See* ECF Nos. 1, 4.) He alleges that he is detained within this District at Delaney Hall, in Newark New Jersey, and seeks, among other relief, an order preventing his transfer or removal until his habeas case can be heard on the merits. (ECF No. 4, TRO Motion at 2, 14.) The TRO Motion raises Article I, Section 9, clause 2 of the United States Constitution ("the Suspension Clause") as a basis for this Court's jurisdiction. (*See id.* at 3.)

"Federal courts are authorized to dismiss summarily any habeas petition that appears legally insufficient on its face." *McFarland v. Scott*, 512 U.S. 849, 856 (1994); *United States v. Thomas*, 221 F.3d 430, 437 (3d Cir. 2000); *see* Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b) (requiring a district court to examine a habeas petition prior to ordering an answer and dismiss the petition "[i]f it plainly appears from

the petition and any attached exhibits that the petitioner is not entitled to relief in the district court"). The Court has examined the Petition and determined that dismissal prior to the answer is not warranted.

To preserve the status quo, the Court also GRANTS the TRO Motion IN PART pursuant to its authority under the All Writs Act, 28 U.S.C. § 1651, and temporarily enjoins Respondents from transferring Petitioner from this District or removing him from the United States pending further Order of the Court.[1] In light of the complex questions presented, the Court defers addressing the merits of the Petition and remaining relief until the matter is fully briefed.

**THEREFORE**, it is on this 19th day of February 2026;

**ORDERED that to preserve the status quo, the TRO Motion (ECF No. 4) is GRANTED IN PART; pursuant to this Court's authority under the All Writs Act, 28 U.S.C. § 1651, Respondents are temporarily enjoined from transferring Petitioner from this District or removing him from the United States pending further Order of the Court; and it is further**

**ORDERED** that, in accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b), this Court has examined the Petition and determined that dismissal of the Petition prior to submission of an answer and the record is not warranted; and it is further

**ORDERED** that the Clerk of the Court shall serve copies of the Petition and this Order upon Respondents by regular mail, with all costs of service advanced by the United States; and it is further

---

[1] The Court conducted a search of the ICE Detainee Locator System, which indicates that Petitioner is detained at Delaney Hall, in Newark, New Jersey.

**ORDERED** that the Clerk of the Court shall forward a copy of the Petition and this Order to Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that, <u>within 7 days</u>, Respondent shall electronically file a full and complete answer to said Petition and the TRO Motion, which responds to the factual and legal allegations in both filings; and it is further

**ORDERED** that the answer shall state the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243, and provide the relevant legal analysis and record; and it is further

**ORDERED** that Respondent shall raise in the answer any appropriate defenses and relevant legal arguments with citations to appropriate legal authority; and it is further

**ORDERED** that Respondent shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims; it is further

**ORDERED** that all exhibits to the Answer must be identified by a descriptive name in the electronic filing entry; and it is further

**ORDERED** that Petitioner may file and serve a reply in support of the Petition and TRO Motion within 7 days after the answer is filed.

ROBERT KIRSCH
United States District Judge